1

Galen T. Shimoda (Cal. State Bar No. 226752)
Jennet F. Zapata (Cal. State Bar No. 277063)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716;
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
          jzapata@shimodalaw.com

2

3

4

5

Attorneys for Plaintiff SUSI MCFARLAND

6

Howard A. Sagaser (Cal. State Bar No. 72492)
**Atkinson, Andelson, Loya, Ruud & Romo**
5260 N Palm Ave., Suite 300
Fresno, CA 93704
Telephone: (559) 225-6700
Facsimile: (559) 255-3416
Email: Hsagaser@aalrr.com

7

8

9

10

Attorneys for Defendant ALMOND BOARD OF CALIFORNIA

11

Please refer to signature page for additional parties

12

### UNITED STATES DISTRICT COURT

13

### EASTERN DISTRICT OF CALIFORNIA

14

15

16

| | |
|---|---|
| SUSI MCFARLAND, | Case No.:  2:12-CV-02778-JAM-CKD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING FILING OF JOINT STATUS REPORT** |
| ALMOND BOARD OF CALIFORNIA; TIM BIRMINGHAM, an individual, and DOES 1 to 100, inclusive, | |
| Defendants. | |

17

18

19

20

21

22

WHEREAS, on November 13, 2012, the Court ordered the parties to meet and confer

23

and submit a Joint Status Report within 60 days of service of the complaint on any party; and

24

WHEREAS, on January 14, 2013, Defendant ALMOND BOARD OF CALIFORNIA

25

filed a Petition to Compel Arbitration and To Stay Entire Action ("Petition to Compel

26

Arbitration"), and requested that a hearing on the matter be held on April 3, 2013 at 9:30 a.m.

27

in Courtroom 6; and

28

1

1    WHEREAS, on January 17, 2013, Defendant TIM BIRMINGHAM filed a Joinder in

2  Defendant ALMOND BOARD OF CALIFORNIA's Petition to Compel Arbitration ("Joinder

3  in Petition to Compel Arbitration"); and

4    WHEREAS, the parties mutually wish to defer  submitting  the Joint Status Report until

5  a date after the Court makes a ruling on the Petition to Compel Arbitration and Joinder in

6  Petition to Compel Arbitration,

7    THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

8    The parties, by and through their attorneys of record, agree to postpone the filing of the

9  Joint Status Report until the Court makes a ruling on Defendants' Petition to Compel

10  Arbitration and Joinder in Petition to Compel Arbitration.  In the event the Court denies either

11  the Petition to Compel Arbitration or the Joinder in Petition to Compel Arbitration or both, the

12  parties will meet and confer and file a Joint Status Report within 21 days of the Court's final

13  order.

14  DATED: January  28, 2013          **Shimoda Law Corp.**

15                                   By:  /s/ Galen T. Shimoda
                                          Galen T. Shimoda
16                                        Attorney for Plaintiff SUSI MCFARLAND

17  DATED:  January 26, 2013          **Atkinson, Andelson, Loya, Ruud & Romo**

18
                                     By:  /s/ Howard A. Sagaser
19                                        Howard A. Sagaser (Cal. State Bar No.72492)
                                          (As authorized on January 26, 2013)
20                                        Attorney for Defendant    ALMOND BOARD
                                          OF CALIFORNIA
21
   DATED:  January  28, 2013          **Prout LeVangie**
22

23                                   By:  /s/ Michael Baytosh
                                          Michael Baytosh (Cal. State Bar No.176189)
24                                        (As authorized on January 28, 2013)
                                          Attorney for Defendant TIM BIRMINGHAM
25                                        **Prout LeVangie**
                                          2021 N Street
26                                        Sacramento, CA 95811
                                          Telephone: (916) 443-4849
27                                        Facsimile: (916) 443-4855
                                          Email: michael.baytosh@proutlaw.com
28
                                          2

1   **IT IS SO ORDERED.**

2   Dated:  1/29/2013

3                                                            /s/ John A. Mendez
                                                             John A. Mendez
                                                             U.S. DISTRICT COURT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                        3

STIPULATION REGARDING FILING OF JOINT STATUS REPORT          Case No.:  2:12-cv-02778-JAM-CK