Galen T. Shimoda (Cal. State Bar No. 226752)
Jennet F. Zapata (Cal. State Bar No. 277063)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716;
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
            jzapata@shimodalaw.com

Attorneys for Plaintiff SUSI MCFARLAND

Howard A. Sagaser (Cal. State Bar No. 72492)
**Atkinson, Andelson, Loya, Ruud & Romo**
5260 N Palm Ave., Suite 300
Fresno, CA 93704
Telephone: (559) 225-6700
Facsimile: (559) 255-3416
Email: Hsagaser@aalrr.com

Attorneys for Defendant ALMOND BOARD OF CALIFORNIA

Please refer to signature page for additional parties

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSI MCFARLAND,<br><br>        Plaintiff,<br><br>vs.<br><br>ALMOND BOARD OF CALIFORNIA; TIM BIRMINGHAM, an individual, and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No.: 2:12-CV-02778-JAM-CKD<br><br>**STIPULATION AND ORDER REGARDING FILING OF JOINT STATUS REPORT** |

        WHEREAS, on November 13, 2012, the Court ordered the parties to meet and confer and submit a Joint Status Report within 60 days of service of the complaint on any party; and

        WHEREAS, on January 14, 2013, Defendant ALMOND BOARD OF CALIFORNIA filed a Petition to Compel Arbitration and To Stay Entire Action ("Petition to Compel Arbitration"), and requested that a hearing on the matter be held on April 3, 2013 at 9:30 a.m. in Courtroom 6; and

1

WHEREAS, on January 17, 2013, Defendant TIM BIRMINGHAM filed a Joinder in Defendant ALMOND BOARD OF CALIFORNIA's Petition to Compel Arbitration ("Joinder in Petition to Compel Arbitration"); and

WHEREAS, the parties mutually wish to defer submitting the Joint Status Report until a date after the Court makes a ruling on the Petition to Compel Arbitration and Joinder in Petition to Compel Arbitration,

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

The parties, by and through their attorneys of record, agree to postpone the filing of the Joint Status Report until the Court makes a ruling on Defendants' Petition to Compel Arbitration and Joinder in Petition to Compel Arbitration. In the event the Court denies either the Petition to Compel Arbitration or the Joinder in Petition to Compel Arbitration or both, the parties will meet and confer and file a Joint Status Report within 21 days of the Court's final order.

DATED: January 28, 2013         **Shimoda Law Corp.**

                                By: /s/ Galen T. Shimoda
                                    Galen T. Shimoda
                                    Attorney for Plaintiff SUSI MCFARLAND

DATED: January 26, 2013         **Atkinson, Andelson, Loya, Ruud & Romo**

                                By: /s/ Howard A. Sagaser
                                    Howard A. Sagaser (Cal. State Bar No.72492)
                                    (As authorized on January 26, 2013)
                                    Attorney for Defendant   ALMOND BOARD
                                    OF CALIFORNIA

DATED: January 28, 2013         **Prout LeVangie**

                                By: /s/ Michael Baytosh
                                    Michael Baytosh (Cal. State Bar No.176189)
                                    (As authorized on January 28, 2013)
                                    Attorney for Defendant TIM BIRMINGHAM
                                    **Prout LeVangie**
                                    2021 N Street
                                    Sacramento, CA 95811
                                    Telephone: (916) 443-4849
                                    Facsimile: (916) 443-4855
                                    Email: michael.baytosh@proutlaw.com

1 | **IT IS SO ORDERED.**
2 | Dated: 1/29/2013

/s/ John A. Mendez
John A. Mendez
U.S. DISTRICT COURT JUDGE

STIPULATION REGARDING FILING OF JOINT STATUS REPORT    Case No.: 2:12-cv-02778-JAM-CK