Galen T. Shimoda (Cal. State Bar No. 226752)
Jennet F. Zapata (Cal. State Bar No. 277063)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716;
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
            jzapata@shimodalaw.com

Attorneys for Plaintiff SUSI MCFARLAND

Howard A. Sagaser (Cal. State Bar No. 72492)
Marcia Ann Ross (Cal. State Bar No. 160489)
**Atkinson, Andelson, Loya, Ruud & Romo**
5260 N Palm Ave., Suite 300
Fresno, CA 93704
Telephone: (559) 225-6700
Facsimile: (559) 255-3416
Email: Hsagaser@aalrr.com

Attorneys for Defendant ALMOND BOARD OF CALIFORNIA

Please refer to signature page for additional parties

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSI MCFARLAND, | Case No.:  2:12-CV-02778-JAM-CKD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING TIME LIMITS TO FILE OPPOSITION AND REPLY BRIEFS TO MOTION FOR SUMMARY JUDGMENT** |
| ALMOND BOARD OF CALIFORNIA; TIM BIRMINGHAM, an individual, and DOES 1 to 100, inclusive, | |
| Defendants. | |

WHEREAS, on or about May 7, 2013, Plaintiff's counsel, Mr. Galen T. Shimoda, requested Defendants' counsel, Ms. Marcia Ross, Mr. Howard A. Sagaser, and Mr. Michael Baytosh to stipulate to extend the time Plaintiff would have to file an opposition brief to a motion for summary judgment, if filed in this matter; and

//

1

WHEREAS, on or about May 7, 2013, the parties agreed Plaintiff would have four weeks (28 days) to file an opposition brief to a motion for summary judgment, instead of fourteen (14) days as provided by Local Rule 230(c); and

WHEREAS, on or about May 13, 2013, the parties agreed that any motion for summary judgment would be filed and served no less than 60 days prior to the scheduled hearing; and

WHEREAS, on or about May 13, 2013, the parties agreed Defendants would have fourteen (14) days to file a reply brief to any opposition to a motion for summary judgment, instead of seven (7) days as provided by Local Rule 230(d);

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

By and through their attorneys of record, the parties agree to modify the time limitations provided by Local Rule 230(c) and (d) in that Plaintiff will have twenty eight (28) days to file an opposition brief to a motion for summary judgment; Defendants will have fourteen (14) days to file a reply brief to any opposition to a motion for summary judgment, and any motion for summary judgment will be filed and served on all parties no less than sixty (60) days prior to the scheduled hearing.

DATED: May  24, 2013                         **Shimoda Law Corp.**

                                             By:___/s/Galen T. Shimoda_____
                                                  Galen T. Shimoda
                                                  Attorney for Plaintiff SUSI MCFARLAND

DATED:  May 24, 2013                         **Atkinson, Andelson, Loya, Ruud & Romo**


                                             By:___/s/Howard A. Sagaser_____
                                                  Howard A. Sagaser
                                                  Marcia Ann Ross
                                                  Attorney for Defendant ALMOND BOARD
                                                  OF CALIFORNIA

//

//

//

//

//

2

STIPULATION REGARDING MODIFICATIONS TO LOCAL R. 230(c) and (d)      Case No.: 2:12-cv-02778-JAM-CK

DATED:  May 23, 2013                    **Prout LeVangie**


                                        By:  /s/_____
                                             Michael Baytosh (Cal. State Bar No.176189)
                                             Attorney for Defendant TIM BIRMINGHAM
                                             **Prout LeVangie**
                                             2021 N Street
                                             Sacramento, CA 95811
                                             Telephone: (916) 443-4849
                                             Facsimile: (916) 443-4855
                                             Email: michael.baytosh@proutlaw.com

**IT IS SO ORDERED.**

Dated:  5/24/2013                       /s/ John A. Mendez_____
                                        John A. Mendez
                                        U.S. DISTRICT COURT JUDGE

3