1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SUSI McFARLAND,                          No.  2:12-cv-2778 JAM CKD

12                 Plaintiff,

13         v.                                ORDER

14  ALMOND BOARD OF CALIFORNIA, et
    al.,

15

16                 Defendants.

17

18         The motion for protective order brought by defendant Almond Board of California

19  ("Almond Board") came on regularly for hearing October 2, 2013.  Galen Shimoda appeared for

20  plaintiff.  Ian Wieland appeared for defendant Almond Board.  Mike Baytosh appeared for

21  defendant Birmingham.  Upon review of the documents in support and opposition, upon hearing

22  the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND

23  ORDERS AS FOLLOWS:

24         1.  Defendant's motion for protective order (ECF No. 40) is granted in part.  The privacy

25  interests of non-party Jenny Konschak will be appropriately accommodated by an in camera

26  review of her personnel file to ensure that only matters relevant to the claims are disclosed.  No

27  /////

28  /////

                                      1

1    later than October 9, 2013, defendant Almond Board shall submit to the chambers of the

2    undersigned a bate-stamped copy of the personnel file of Jenny Konschak.[1]

3            2.  In light of the allegations of the complaint and after review of the evidentiary materials

4    submitted in support and opposition to the pending motion, the court concludes that defendant's

5    proposed protective order is not warranted and would unduly circumscribe plaintiff's legitimate

6    scope of discovery.  The motion for protective order is accordingly denied as to the requested

7    limitations on areas of inquiry.

8    Dated:  October 3, 2013

9                                            _____
                                             CAROLYN K. DELANEY
10                                           UNITED STATES MAGISTRATE JUDGE

11

12   4 mcfarland.oah

13

14

15

16

17

18

19

20

21

22

23

24

25

26   [1]  If the parties have further disputes about production of personnel files of non-parties to the
     action, the parties may submit a joint letter brief, not to exceed four pages, along with a bate-
27   stamped copy of the personnel files at issue for in camera review.  A motion need not be formally
     noticed and the matter will be submitted upon the court's receipt of the bate-stamped personnel
28   files.