UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSI McFARLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALMOND BOARD OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-2778 JAM CKD<br><br><br>ORDER |

Pursuant to the order filed October 3, 2013, defendant Almond Board has submitted documents for <u>in camera</u> review. After review of the documents, THE COURT ORDERS AS FOLLOWS:

Within seven days from the date of this order, defendant Almond Board shall produce documents bate-stamped nos. 787, 832, 855-878, 880, 881, 883-895, 897-917. Documents produced pursuant to this order shall be used solely for purposes of this litigation. The remaining documents submitted for <u>in camera</u> review need not be produced.

Dated: October 16, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 mcfarland.icr