Galen T. Shimoda (Cal. State Bar No. 226752)
Jennet F. Zapata (Cal. State Bar No. 277063)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
       jzapata@shimodalaw.com

Attorneys for Plaintiff SUSI McFARLAND

Howard A. Sagaser (Cal. State Bar No. 72492)
Ian B. Wieland (Cal. State Bar No. 285721)
Marcia Ann Ross (Cal. State Bar No. 160489)
7550 North Palm Ave., Suite 201
Fresno, CA 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483
Email: has@sw2law.com
       Marcia@sw2law.com
       ian@sw2law.com

Attorneys for Defendant ALMOND BOARD OF CALIFORNIA

Sharon B. Futerman (Cal. State Bar No. 124238)
LeVangie Law Group
2021 N St
Sacramento, CA 95811
Phone: (916) 443-4849
Fax: (916) 443-4855
Email: sharon.futerman@llg-law.com

Attorney for Defendant TIM BIRMINGHAM

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSI MCFARLAND, <br><br> Plaintiff, <br><br> vs. <br><br> ALMOND BOARD OF CALIFORNIA; TIM BIRMINGHAM, an individual; and DOES 1-100, inclusive, <br><br> Defendants. | **Case No. 2:12-CV-02778-JAM-CKD** <br><br> **STIPULATION AND ORDER RE DEADLINES TO FILE DISPOSITIVE MOTION BRIEFS AND HEARING DATE** |

1    WHEREAS, the court issued a scheduling order ("order") on or about May 16, 2013 (Doc.
2 30); and
3    WHEREAS, pursuant to the order, all dispositive motions shall be filed by October 22, 2014
4 and hearing on such motions shall be on November 19, 2014 at 9:30 a.m.; and
5    WHEREAS, on May 24, 2013, the parties filed a stipulation to modify the time limits to file
6 an opposition and reply brief to any motions for summary judgment (Doc 32); and
7    WHEREAS, the May 24, 2013 stipulation provided that "Plaintiff would have four weeks
8 (28 days) to file an opposition brief to a motion for summary judgment, instead of fourteen (14) days
9 as provided by Local Rule 230(c)"; and
10   WHEREAS, the May 24, 2013 stipulation provided that "the parties agreed Defendants
11 would have fourteen (14) days to file a reply brief to any opposition to a motion for summary
12 judgment, instead of seven (7) days as provided by Local Rule 230(d)"; and
13   WHEREAS, on or about May 28, 2013, the court approved the May 24, 2013 stipulation
14 between the parties to modify the time limits to file an opposition and reply brief to any motions for
15 summary judgment as described above (Doc. 33); and
16   WHEREAS, on June 20, 2014, the parties filed a stipulation and order to continue the
17 deadline to complete all discovery, but did not request any changes to the deadlines to file
18 dispositive motions (October 22, 2014) or the date for hearing on such motions (November 19,
19 2014) (Doc. 56); and
20   WHEREAS, on June 23, 2014, the court approved the parties' stipulation as filed on June 20,
21 2014 (Doc. 57); and
22   WHEREAS, the parties desire to abide by their prior stipulation regarding the time limits to
23 file opposition and reply briefs to dispositive motions (Doc. 33); and
24   WHEREAS, the parties recently realized that if Defendants file a dispositive motion on or
25 about the last day to file such motion, October 22, 2014, it is not feasible to have a hearing on such
26 dispositive motion by November 19, 2014; and
27 //
28 //

WHEREAS, the parties, recognizing this conflict, agree and stipulate to move only the hearing date for dispositive motions to December 17, 2014 or to a subsequent date the court deems necessary; and

WHEREAS, this request is not being made for the purpose of causing delay or for any other improper purpose; and

WHEREAS, continuing the above-referenced deadlines will not prejudice any party or their counsel; and

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendants, through their respective attorneys of record, that this court continue the hearing on dispositive motions from November 19, 2014 to Wednesday, December 17, 2014 at 9:30 a.m., or a subsequent date the Court deems necessary as to avoid any conflict with the parties' stipulation regarding time limits to file opposition and reply briefs to dispositive motions.

Date: September 29, 2014            SHIMODA LAW CORP.

                                    By:   /s/ Galen T. Shimoda
                                          Galen T. Shimoda
                                          Attorneys for Plaintiff
                                          SUSI McFARLAND

Date: September 26, 2014            SAGASER, WATKINS & WIELAND PC

                                    By:   /s/ Marcia A. Ross
                                          Marcia A. Ross
                                          (Approved on 9/26/2014)
                                          Howard Sagaser
                                          Ian B. Wieland
                                          Attorneys for Defendant
                                          ALMOND BOARD OF CALIFORNIA

//

//

//

//

| | |
|---|---|
| Date: September 26, 2014 | LEVANGIE LAW GROUP |
| | By: /s/ Sharon B. Futerman |
| | (Approved on 9/26/2014) |
| | Sharon B. Futerman |
| | LeVangie Law Group |
| | Attorney for Defendant |
| | TIM BIRMINGHAM |

**IT IS SO ORDERED.**

Dated: 9/29/2014                         /s/ John A. Mendez
                                          John A. Mendez
                                          U.S. DISTRICT COURT JUDGE

---