| | |
|---|---|
| 1 | MICHAEL J. LEVANGIE, State Bar #160163 |
| | SHARON B. FUTERMAN, State Bar # 124238 |
| 2 | **LEVANGIE LAW GROUP** |
| | 2021 N Street |
| 3 | Sacramento, CA 95811 |
| | Tel:  (916) 443-4849 |
| 4 | Fax: (916) 443-4855 |
| | Email:  Michael.levangie@llg-law.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | TIM BIRMINGHAM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSI MCFARLAND, | CASE NO. 2:12-cv-02778-JAM-CKD |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| ALMOND BOARD OF CALIFORNIA; TIM BIRMINGHAM, an individual, and DOES 1-100, inclusive, | **[FRCP 41(a)(1)(A)(ii)]** |
| Defendants. | |

Plaintiff SUSI McFARLAND and Defendant TIM BIRMINGHAM, by and through their respective attorneys of record herein, hereby stipulate as follows:

1. Plaintiff has agreed to dismiss, with prejudice, the following causes of action against Defendant TIM BIRMINGHAM ONLY:

- Plaintiff's Third Cause of Action - Age discrimination/hostile work environment;
- Plaintiff's Fourth Cause of Action – Failure to prevent discrimination;
- Plaintiff's Fifth Cause of Action – Constructive termination in violation of public policy.

2. The parties agree that the sole remaining causes of action against Defendant BIRMINGHAM are Plaintiff's First Cause of Action for sex harassment/discrimination in violation of Title VII of the Civil Rights Act; and Plaintiff's Second Cause of action for sex

1

1 harassment/discrimination in violation of FEHA;

2   3.   Each party agrees to bear their own attorneys' fees and costs associated with the causes of action dismissed; and

4   4.   Accordingly, the parties jointly request the Court to dismiss Plaintiff's Third, Fourth and Fifth Causes of Action as asserted against Defendant BIRMINGHAM only.

DATED:  October 15, 2014          **LEVANGIE LAW GROUP**

By: /s/ Sharon B. Futerman
   MICHAEL J. LEVANGIE
   SHARON B. FUTERMAN
   Attorneys for Defendant
   TIM BIRMINGHAM

DATED:  October 15, 2014          **SHIMODA LAW CORP**

By: /s/ Galen T. Shimoda
   GALEN T. SHIMODA
   JENNET F. ZAPATA
   9401 East Stockton Blvd., Ste. 200
   Elk Grove, CA 95624
   Phone: (916) 525-0716
   Fax: (916) 760-3733
   Attorneys for Plaintiff

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties Stipulation of Dismissal as to plaintiff's Third, Fourth and Fifth Causes of Action against Defendant TIM BIRMINGHAM and for good cause appearing, it is hereby ORDERED:

Plaintiff's Third, Fourth and Fifth Causes of Action asserted against Defendant TIM BIRMINGHAM **only** are dismissed with prejudice as to Defendant BIRMINGHAM with each party to bear their own attorney's fees and costs as to the Third, Fourth and Fifth Causes of Action.

DATED: October 16, 2014          /s/ John A. Mendez
                                 JOHN A. MENDEZ

1 United States District Court Judge