1  Galen T. Shimoda (Cal. State Bar No. 226752)
   Jennet F. Zapata (Cal. State Bar No. 277063)
2  Shimoda Law Corp.
   9401 East Stockton Boulevard, Suite 200
3  Elk Grove, CA 95624
   Telephone: (916) 525-0716
4  Facsimile: (916) 760-3733
   Email: attorney@shimodalaw.com
5          jzapata@shimodalaw.com

6  Attorneys for Plaintiff SUSI McFARLAND

7  Howard A. Sagaser (Cal. State Bar No. 72492)
   Marcia Ann Ross (Cal. State Bar No. 160489)
8  Ian B. Wieland (Cal. State Bar No. 285721)
   7550 North Palm Ave., Suite 201
9  Fresno, CA 93711
   Telephone: (559) 421-7000
10 Facsimile: (559) 473-1483
   Email: has@sw2law.com
11         Marcia@sw2law.com
           ian@sw2law.com
12
   Attorneys for Defendant ALMOND BOARD OF CALIFORNIA
13
   Sharon B. Futerman (Cal. State Bar No. 124238)
14 LeVangie Law Group
   2021 N St
15 Sacramento, CA 95811
   Phone: (916) 443-4849
16 Fax: (916) 443-4855
   Email: sharon.futerman@llg-law.com
17
   Attorney for Defendant TIM BIRMINGHAM
18

19              **IN THE UNITED STATES DISTRICT COURT**

20              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

21 | SUSI MCFARLAND,                         | ) | **Case No. 2:12-CV-02778-JAM-CKD** |
   |                                          | ) |                                    |
22 |        Plaintiff,                        | ) | **STIPULATION AND ORDER RE**       |
   |                                          | ) | **DEADLINES FOR PARTIES TO MAKE**  |
23 |   vs.                                    | ) | **EXPERT WITNESS DISCLOSURES**     |
24 |                                          | ) |                                    |
   | ALMOND BOARD OF CALIFORNIA;              | ) |                                    |
25 | TIM BIRMINGHAM, an individual; and       | ) |                                    |
   | DOES 1-100, inclusive,                   | ) |                                    |
26 |                                          | ) |                                    |
27 |        Defendants.                       | ) |                                    |
   |                                          | ) |                                    |
28

---

STIP AND PROPOSED ORDER RE DEADLINES TO
MAKE EXPERT WITNESS DISCLOSURES              Case No. 2:12-CV-02778-JAM-CKD       1

1  WHEREAS, this matter is presently set for trial on February 23, 2015, at 9:00 a.m.; and

2  WHEREAS, pursuant to the parties' stipulation and the Court's approval of the parties'
3  stipulation on June 26, 2014, the parties must make expert witness disclosures by **December 10,**
4  **2014**, and supplemental disclosures and disclosure of any rebuttal experts under Fed. R. Civ. P.
5  26(a)(2)(c) by **January 7, 2015**, and all expert witness depositions completed by **January 15, 2015**,
6  (*see* Docs. 56 & 57); and

7  WHEREAS, Defendants Almond Board of California and Tim Birmingham filed motions for
8  summary judgment/summary adjudication on or about October 22, 2014, (*see* Docs. 64 & 65); and

9  WHEREAS, Defendants' summary judgment motions are set for hearing on December 17,
10  2014; and

11  WHEREAS, the parties understand the expense associated with hiring expert witnesses can
12  be substantial and would rather avoid incurring such expenses until the Court makes a determination
13  on the pending summary judgment motions; and

14  WHEREAS, this request is not being made for the purpose of causing delay or for any other
15  improper purpose; and

16  WHEREAS, continuing the above-referenced deadlines will not prejudice any party or their
17  counsel; and

18  NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and
19  Defendants, through their respective attorneys of record, that:

20  • The parties may disclose expert witnesses at a date after the Court makes a ruling on
21  the pending summary judgment motions;

22  • In the event the Court sets a new trial date, the parties will make expert witness
23  disclosures no later than sixty (60) days before trial, and supplemental disclosures within thirty (30)
24  days after the initial expert disclosures are made.

25  //
26  //
27  //
28  //

STIP AND PROPOSED ORDER RE DEADLINES TO
MAKE EXPERT WITNESS DISCLOSURES                    Case No. 2:12-CV-02778-JAM-CKD          2

| | | |
|---|---|---|
| 1 | Date: December 8, 2014 | SHIMODA LAW CORP. |
| 2 | | |
| 3 | | By:  /s/ Galen T. Shimoda   |
| 4 | | Galen T. Shimoda<br>Attorneys for Plaintiff<br>SUSI McFARLAND |
| 5 | | |
| 6 | Date:  December 8, 2014 | SAGASER, WATKINS & WIELAND PC |
| 7 | | |
| 8 | | By:  /s/ Marcia A. Ross   |
| 9 | | Marcia A. Ross<br>(Approved on 12/8/2014)<br>Howard Sagaser |
| 10 | | Ian B. Wieland<br>Attorneys for Defendant |
| 11 | | ALMOND BOARD OF CALIFORNIA |
| 12 | Date:  December 8, 2014 | LEVANGIE LAW GROUP |
| 13 | | |
| 14 | | By:  /s/ Sharon B. Futerman  <br>(Approved on 12/8/2014) |
| 15 | | Sharon B. Futerman<br>LeVangie Law Group |
| 16 | | Attorney for Defendant<br>TIM BIRMINGHAM |
| 17 | **IT IS SO ORDERED.** | |
| 18 | | |
| 19 | | |
| 20 | Dated:  12/9/2014 | /s/ John A. Mendez   |
| 21 | | John A. Mendez |
| 22 | | U.S. DISTRICT COURT JUDGE |

STIP AND PROPOSED ORDER RE DEADLINES TO
MAKE EXPERT WITNESS DISCLOSURES                    Case No. 2:12-CV-02778-JAM-CKD           3