1   Galen T. Shimoda (Cal. State Bar No. 226752)
    Jennet F. Zapata (Cal. State Bar No. 277063)
2   Shimoda Law Corp.
    9401 East Stockton Boulevard, Suite 200
3   Elk Grove, CA 95624
    Telephone: (916) 525-0716
4   Facsimile: (916) 760-3733
    Email: attorney@shimodalaw.com
5          jzapata@shimodalaw.com

6   Attorneys for Plaintiff SUSI McFARLAND

7   Howard A. Sagaser (Cal. State Bar No. 72492)
    Marcia Ann Ross (Cal. State Bar No. 160489)
8   Ian B. Wieland (Cal. State Bar No. 285721)
    Sagaser, Watkins & Wieland PC
9   7550 North Palm Ave., Suite 201
    Fresno, CA 93711
10  Telephone: (559) 421-7000
    Facsimile: (559) 473-1483
11  Email: has@sw2law.com
           Marcia@sw2law.com
12         ian@sw2law.com

13  Attorneys for Defendant ALMOND BOARD OF CALIFORNIA

14  Sharon B. Futerman (Cal. State Bar No. 124238)
    LeVangie Law Group
15  2021 N St
    Sacramento, CA 95811
16  Phone: (916) 443-4849
    Fax: (916) 443-4855
17  Email: sharon.futerman@llg-law.com

18  Attorney for Defendant TIM BIRMINGHAM

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSI MCFARLAND, | ) **Case No.: 2:12-CV-02778-JAM-CKD** |
| Plaintiff, | ) **JOINT STIPULATION TO DISMISS** |
|  | ) **CASE IN ITS ENTIRETY** |
| vs. | ) |
| ALMOND BOARD OF CALIFORNIA; TIM BIRMINGHAM, an individual; and DOES 1-100, inclusive, | ) |
| Defendants. | ) |

**STIPULATION TO DISMISS CASE IN ITS ENTIRETY  2:12-CV-02778-JAM-CKD**                                       1

Plaintiff SUSI McFARLAND, and Defendants ALMOND BOARD OF CALIFORNIA and TIM BIRMINGHAM, by and through their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED:**

Date: March 11, 2015                              **SHIMODA LAW CORP.**


By:  /s/ Galen T. Shimoda
     Galen T. Shimoda
     Attorneys for Plaintiff
     SUSI McFARLAND

Date:  February 6, 2015                           **SAGASER, WATKINS & WIELAND PC**


By:  /s/ Marcia A. Ross
     Marcia A. Ross
     (Approved on 2/6/2015)
     Howard Sagaser
     Ian B. Wieland
     Attorneys for Defendant
     ALMOND BOARD OF CALIFORNIA

Date:  Februrary 9, 2015                          **LEVANGIE LAW GROUP**


By:  /s/ Sharon B. Futerman
     Sharon B. Futerman
     (Approved on 2/9/12015)
     LeVangie Law Group
     Attorney for Defendant
     TIM BIRMINGHAM

**IT IS SO ORDERED.**


Dated:  3/11/2015


/s/ John A. Mendez_____

John A. Mendez
U.S. DISTRICT COURT JUDGE

**STIPULATION TO DISMISS CASE IN ITS ENTIRETY  2:12-CV-02778-JAM-CKD**                    2